LUCILLE KURTH STRONG, complainant-respondent,

*v.*

JAMES H. STRONG and STRONGHOLD, INC., defendants-appellants.

[Argued October 23d, 1945. Decided January. 31st, 1946.]

*Mr. William Reich,* for the respondent.

*Mr. Harry Green,* for the appellants.

PER CURIAM.

We have carefully examined the argument of appellant and find the same to be without merit.

The decree appealed from is affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Jayne, and reported at *136 N. J. Eq. 361.*

*For affirmance*—THE CHIEF-JUSTICE, PARKER, CASE, BODINE, DONGES, HEHER, PERSKIE, COLIE, OLIPHANT, WELLS, RAFFERTY, DILL, FREUND, McGEEHAN, JJ. 14.

*For reversal*—None.